RAUL RAMIREZ V. STATE.

No. 24503. November 16, 1949.

*Lyle V. Timmins,* Raymondville, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

The appeal is from a conviction for carrying a pistol, with a fine of $100.00.

The complaint alleges and the information presents that the appellant did "carry on or about his person a pistol * * *." Allegations of this character, alleged in the disjunctive rather than the conjunctive, have always been held fatally defective. See Moseley v. State, 139 Tex. Crim. Rep. 550, 141 S. W. 2d 948.

The judgment of the trial court is reversed and the prosecution is ordered dismissed.